COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      The City of Houston v. Stephon Lamar Davis

Appellate case number:   01-13-00600-CV

Trial court case number:  45977

Trial court:                   239th District Court of Brazoria County

      The en banc court, Justices Massengale and Huddle not participating, previously voted to deny appellee's motion to recuse. The en banc court subsequently considered the merits of appellee's "Opposed Motion for En Banc Rehearing" and has unanimously voted to deny the motion. It is ordered that the motion is **denied**.


  Judge's signature:      /s/ Rebeca Huddle
                        Acting for the En Banc Court*


Date: May 29, 2014



*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.